IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIPRIANO PATINO, | ) | No. C 12-5457 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| CALIFORNIA STATE PRISON AT SACRAMENTO, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials at California State Prison at Sacramento ("CSP-SAC"). The acts complained of occurred at CSP-SAC in Represa, and Defendants are located in Represa, which lies in Sacramento County. Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 11/8/12

LUCY H. KOH
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.12\Patino457trans.wpd